THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK BONINO and SANTA CAMINITO, Appellants, and CHARLES NOIA, Defendant.

Argued May 27, 1943; decided July 20, 1943.

*Joseph A. Martinis* for Frank Bonino, appellant.

*Joseph K. Guerin* for Santo Caminito, appellant.

*Thomas Cradock Hughes, Acting District Attorney* (*Solomon A. Klein* of counsel), for respondent.

Judgments affirmed under the provisions of section 542 of the Code of Criminal Procedure. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.